UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

MARRITTE FUNCHES,

        Plaintiff,        03:05-CV-00174-LRH (VPC)

v.

                            O R D E R

E.K. McDANIEL, et al.,

        Defendants.

        Before this Court is Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (Doc. #16) entered on September 29, 2005, denying Plaintiff's motion for injunctive relief (Doc. #2), filed on March 25, 2005.  Plaintiff filed Objections to Magistrate Judge's Report and Recomendation (sic) (Doc. #17) on October 11, 2005, Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (Doc. #18) on October 21, 2005, and Plaintiff filed his Reply to Defendants Response to Plaintiff's Objections (Doc. #19) on October 31, 2005, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

        The Court has conducted its *de novo* review in this case, has fully considered the objections of the Defendant, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate

1 Judge's Report and Recommendation (#16) entered on September 29, 2005, should be adopted and
2 accepted.
3       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
4 (#16) entered on September 29, 2005, is adopted and accepted, and Plaintiff's motion for injunctive
5 relief (Doc. #2) is DENIED.
6       IT IS SO ORDERED.
7       DATED this 6th day of December, 2005.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE