UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| MARITTE FUCHES, | ) | |
| Plaintiff, | ) | 3:05-CV-00174-LRH (VPC) |
| v. | ) | O R D E R |
| E. K. McDANIEL, et al., | ) | |
| Defendants. | ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #40) entered on August 2, 2006, recommending granting Defendants' Motion for Summary Judgment (Doc. #28) filed on April 26, 2006. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (Doc. #41) on August 11, 2006, and Defendants filed their Opposition to Plaintiff's Objection to Magistrate Judge's Report and Recommendation on August 21, 2006 (Doc. #42), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. Plaintiff's objections cite no new evidence. Continuing medical complaints must be addressed within prison procedures. The Court determines that the Magistrate Judge's Report and Recommendation (Doc. #40) entered on August 2, 2006, should

be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (Doc. #40) entered on August 2, 2006, is adopted and accepted, and Defendant's Motion for Summary (#28) is GRANTED.

IT IS SO ORDERED.

The Clerk of the Court shall enter Judgment accordingly.

DATED this 5th day of September, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE